

**Entered on Docket
January 29, 2010**



_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for GSR 2006-AR1
09-77894

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-29896-MKN |
| Michael Keith Dittmeier and Tami Lee Dittmeier | Date: 12/30/2009<br>Time: 10:30 am |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for GSR 2006-AR1, its assignees and/or successors in interest, of the subject property, generally described as 7701 Bear Ridge Street, Las Vegas, NV 89113, and legally described as follows:

> LOT FORTY-SEVEN (7) OF FINAL MAP OF NEVADA TRAILS R2-70 NO. 13, A COMMON INTEREST COMMUNITY AS SHOWN BY MAP THEREOF ON FILE IN BOOK 115 OF PLATS, PAGE 1 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2010

Submitted by:

**WILDE & ASSOCIATES**

By: /S/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Samuel A. Schwartz
626 S. Third St.
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Timothy S. Cory
8831 West Sahara Ave.
Las Vegas, NV 89117
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor